**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Michael DOHERTY, Defendant–**
**Appellant.**

**No. 15–14684**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 2, 2016.

Linda Julin McNamara, Arthur Lee Bentley, III, U.S. Attorney's Office, Tampa, FL, Nicole M. Andrejko, U.S. Attorney's Office, Orlando, FL, for Plaintiff–Appellee.

Adeel Bashir, Federal Public Defender's Office, Tampa, FL, Maria Guzman, Rosemary Cakmis, Donna Lee Elm, Federal Public Defender's Office, Orlando, FL, Michael Doherty, FCI Bastrop–Inmate Legal Mail, Bastrop, TX, for Defendant–Appellant.

Before ED CARNES, Chief Judge, HULL and MARCUS, Circuit Judges.

PER CURIAM:

Adeel Bashir, appointed counsel for Michael Doherty, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Doherty's conviction and sentence are **AFFIRMED.**